OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

2/11/2015
BRANUM, ALFRED LEE          Tr.Ct.No. 511219-A          WR-52,825-08
On this day, the application for writ of habeas corpus is dismissed as moot.

Abel Acosta, Clerk

UNITED STATES POSTAGE

02 1R
00065 7458          $00.26⁵
                    FEB 13 2015
MAILED FROM ZIPCODE 78701

PITNEY BOWES

UTF
DISCHARGED

ALFRED LEE BRANUM
BRANUM - TDC# 286354
2400 WALLACE PACK
NAVASOTA, TX 77868

UTF